FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

CASE NAME: Juan Diego Rivas Nunez         CASE NO. 1:22-CR-2081-SAB-1

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1, 2 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of a Mixture or Substance Containing Fentanyl | CAG not more than 40 or less than 5 years; and/or $5,000,000 fine; not less than 4 years nor more than lifetime supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| | 21 U.S.C. § 853 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |