FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN DIEGO RIVAS NUNEZ,<br><br>        Defendant. | Case No.: 1:22-CR-2081-SAB-1<br><br>Order To Seal Indictment |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendants' arrest, whichever comes first.

DATED this _9th_ day of August, 2022.

_____
Alexander C. Ekstrom
United States Magistrate Judge