Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frances E. Walker
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DIEGO RIVAS NUNEZ and ▮▮▮▮▮▮▮▮▮▮,<br><br>Defendants. | 1:22-CR-2081-SAB<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Distribution of 40 Grams or More of a Mixture or Substance Containing Fentanyl (Counts 1 and 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about May 6, 2022, in the Eastern District of Washington, the Defendants, JUAN DIEGO RIVAS NUNEZ, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

INDICTMENT – 1

COUNT 2

On or about May 25, 2022, in the Eastern District of Washington, the Defendants, JUAN DIEGO RIVAS NUNEZ and ███████████ did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), as set forth in Count 1 of this Indictment, the Defendants, JUAN DIEGO RIVAS NUNEZ and ███████████ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;

INDICTMENT – 2

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___ day of August, 2022.

                                    A TRUE BILL

                                    _____
                                    Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Frances E. Walker
Assistant United States Attorney

INDICTMENT – 3