# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

### USA v.  JUAN DIEGO RIVAS NUNEZ      Case No.   1:22-CR-2081-SAB-1

Yakima Video Conference (ACE @ Richland; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

### Arraignment/Initial Appearance on Indictment:                          08/25/2022

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Michael Murphy, US Atty |
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Nick Mirr, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | Supplemental PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

The Defendant acknowledged to the Court that their true and correct name is: JUAN DIEGO RIVAS NUNEZ.

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.

**Detention Hearing:**
**08/29/2022 @ 2:30 p.m. [Y/ACE]**