# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nunez, Juan Diego Rivas | Docket No. | 0980 1:22CR02081-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Juan Diego Rivas Nunez, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian sitting in the court at Yakima, Washington, on the 7th day of December 2022 under the following conditions:

**Special Condition #5**: Defendant shall abstain totally from the use of alcohol.

**Special Condition #11**: Defendant shall be restricted to his residence as directed by the U.S. Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of pretrial release were reviewed and signed by Mr. Nunez on January 9, 2023, acknowledging an understanding of his requirements, to include Special Condition numbers 5 and 11.

**Violation #1**: Mr. Nunez is alleged to be in violation of his pretrial release conditions by consuming alcohol on September 13, 2024.

On September 19, 2024, this officer met with Mr. Nunez and he self-admitted to this officer he consumed alcohol on September 13, 2024.

**Violation #2**: Mr. Nunez is alleged to be in violation of his pretrial release conditions by failing to abide by his curfew of 8 p.m. and arriving to his residence at 8:09 p.m. on September 13, 2024.

On September 13, 2024, this officer received notification from the location monitoring agency BI Total Access (BI), that Mr. Nunez failed to enter his residence inclusion zone at 8 p.m. as required. At 8:09 p.m., this officer received notification from BI that Mr. Nunez entered his residence inclusion zone.

**Violation #3**: Mr. Nunez is alleged to be in violation of his pretrial release conditions by failing to abide by his curfew of 8 p.m. and arriving to his residence at 9:36 p.m. on September 14, 2024.

On September 14, 2024, this officer received notification from the location monitoring agency BI, that Mr. Nunez failed to enter his residence inclusion zone at 8 p.m. as required. At 9:37 p.m., this officer received notification from BI that Mr. Nunez entered his residence inclusion zone.

    PRAYING THAT THE COURT WILL ORDER A SUMMONS

    I declare under the penalty of perjury that the foregoing is true and correct.

|  |  |  |
|---|---|---|
|  | Executed on: | September 23, 2024 |
| by | s/Arturo Santana |  |
|  | Arturo Santana U.S. Pretrial Services Officer |  |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/24/24

Date